138188

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1420 DWF/AJB **Case Title:** United Transportation Union v. Burlington Northern Santa Fe Railway Company

**Affidavit of Movant**

I, Gregory T. Yaeger, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Daniel R. Elliott, III, an attorney admitted to practice in the Northern District of Ohio, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant United Transportation Union in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 170744 | 8/15/01 |

**Affidavit of Proposed Admittee**

I, Daniel R. Elliott, III, am currently a member in good standing of the U.S. District Court for the Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Daniel R. Elliott, III | [signature] | August 13, 2001 |

Attorney License Number: 0043701

Law Firm Name & Address: United Transportation Union
14600 Detroit Avenue
Cleveland, Ohio 44107-4250

Telephone: (216) 228-9400

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk

AUG 17 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____