138567

OCT 22 2001

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 011420 DWF/AJB **Case Title:** United Transportation Union v. Burlington Northern and Santa Fe Railway Company

**Affidavit of Movant**

I, Patrick J. Sweeney, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Sheila K. Younger-Halliman, an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant BNSF in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 191164 MN Attorney License # | 10/23/01 Date

**Affidavit of Proposed Admittee**

I, Sheila K. Younger-Halliman, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Sheila K. Younger-Halliman Type/Print Name | [signature] Signature | 10/17/01 Date

Attorney License Number: 52234

Law Firm Name & Address: The Burlington Northern and Santa Fe Railway Company
2500 Lou Menk Drive
Fort Worth, TX 76161-0039

Telephone: (817) 352-2319

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

OCT 24 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____